BERNADETTE A. WEHRLE v. WILFRID H. WEHRLE.

January 5, 1977. Petition for certification denied.

MURRAY I. MENKIS v. TOWN OF WEST ORANGE.

January 5, 1977. Petition for certification denied.

IN THE MATTER OF SHIRLEY A. LEWITTER, DECEASED.

January 5, 1977. Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF B. T.

January 5, 1977. Petition for certification denied. (See 145 *N. J. Super.* 268)

ESSIE MAE ENGLAND v. OVERLOOK HOSPITAL.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PRESTON FOUNTAIN.

January 5, 1977. Petition for certification denied.